# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTEGRATED TECHNOLOGICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NETSPEND CORPORATION, <br><br> Defendants. | Case No. 2:11-cv-1625-GMN-GWF <br><br> **ORDER** <br><br> Plaintiff's Motion for Leave to File First Amended Complaint (#39) |

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (#39), filed on March 12, 2012. Plaintiff requests leave to file an amended complaint adding an additional claim for patent infringement. Plaintiff represents in its pleading that Defendant does not oppose this motion. On March 13, 2012, during a hearing before the Court on another matter, Defendant further represented to the Court that it does not oppose the motion. The Court will therefore grant Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (#39) is **granted**. The Clerk of Court shall detach and file the amended complaint (#39-1).

DATED this 14th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge